UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE L. VARGAS, | No. C 06-6671 SI (pr) |
| Petitioner, | **ORDER EXTENDING DEADLINES** |
| v. | |
| K. PROSPER, warden, | |
| Respondent. | |

Respondent has filed an <u>ex parte</u> application for an extension of time to respond to the petition for writ of habeas corpus. Having considered the application and the accompanying declaration of attorney William Kuimelis, the court GRANTS respondent's application. (Docket # 6.) Respondent must file and serve his response to the petition for writ of habeas corpus no later than **May 4, 2007**. Petitioner must file and serve his traverse no later than **June 8, 2007**.

IT IS SO ORDERED.

DATED: April 3, 2007

SUSAN ILLSTON
United States District Judge