United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE L. VARGAS, | No. C 06-6671 SI (pr) |
| Petitioner, | **ORDER EXTENDING DEADLINES** |
| v. | |
| K. PROSPER, warden, | |
| Respondent. | |

Respondent has filed an <u>ex parte</u> application for a third extension of time to respond to the petition for writ of habeas corpus. Having considered the application and the accompanying declaration of attorney William Kuimelis, the court GRANTS respondent's application. (Docket # 13.) Respondent must file and serve his response to the petition for writ of habeas corpus no later than **September 7, 2007**. <u>No further extensions should be expected, as this is the third one</u>. Petitioner must file and serve his traverse no later than **October 12, 2007**.

IT IS SO ORDERED.

DATED: July 13, 2007

_____
SUSAN ILLSTON
United States District Judge