UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSE L. VARGAS,

        Petitioner,

    v.

K. PROSPER, warden,

        Respondent.
                                    /

No. C 06-6671 SI (pr)

**ORDER RE. FOURTH REQUEST FOR EXTENSION OF TIME**

Respondent has filed an ex parte application for a 60-day extension of time to respond to the petition for writ of habeas corpus. This is respondent's fourth application for an extension of time. When the court granted the third application, it wrote: "No further extensions should be expected, as this is the third one." In light of the fact that respondent's counsel has now had ten months to prepare a response to the petition, his reasons for the requested extension do not provide good cause to grant a fourth extension of the deadline. If other commitments preclude counsel from meeting the deadlines in this action, another deputy attorney general should be assigned to help him. The application for a fourth extension of time is DENIED. (Docket # 15.)

Respondent must file and serve a response to the petition for writ of habeas corpus no later than **October 12, 2007.** If respondent does not file a response by that deadline, the petition will be deemed unopposed. Petitioner must file and serve his traverse no later than **November 16, 2007**

Regardless of whether respondent files a written response by the above-stated deadline, she must file and serve no later than **October 12, 2007** a copy of the record of all portions of the

state court proceedings that have been previously transcribed and that are relevant to a determination of the issues presented by the petition as well as a copy of the state appellate court briefs in petitioner's criminal appeal.  <u>Failure to file the materials by the deadline may result in sanctions on respondent and her counsel</u>.

IT IS SO ORDERED.

DATED:  September 21, 2007

_____
SUSAN ILLSTON
United States District Judge

2