**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE L. VARGAS, | No. C 06-6671 SI (pr) |
| Petitioner, | **ORDER DISMISSING UNEXHAUSTED CLAIMS AND SETTING BRIEFING SCHEDULE** |
| v. | |
| K. PROSPER, warden, | |
| Respondent. | |

Upon finding that the petition for writ of habeas corpus contained both exhausted and unexhausted claims, the court granted respondent's motion to dismiss and ordered petitioner to choose how he wanted to deal with the mixed petition problem. Petitioner then filed a "motion to amend and withdraw unexhausted state claims 'election by petitioner'" in which he chose the option to delete the unexhausted claims and go forward with only the exhausted claim. Accordingly, the court now orders:

1. Petitioner's motion to amend and withdraw unexhausted claims is GRANTED. (Docket # 20.) The claims in the petition that petitioner received ineffective assistance of counsel and was denied his right to due process are dismissed from this action  The claim in the petition that the sentence was improper because petitioner was denied a jury verdict concerning several aggravating factors used to impose the upper term sentence is cognizable and warrants a response.

/ / /

/ / /

2.	Respondent must file and serve upon petitioner, on or before **October 31, 2008**, an answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be issued. Respondent must file with the answer a copy of all portions of the court proceedings that have been previously transcribed and that are relevant to a determination of the issues presented by the petition.

3.	If petitioner wishes to respond to the answer, he must do so by filing a traverse with the court and serving it on respondent on or before **December 5, 2008**.

IT IS SO ORDERED.

DATED: August 31, 2008

_____
SUSAN ILLSTON
United States District Judge