UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE L. VARGAS, | No. C 06-6671 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| K. PROSPER, Warden, | |
| Respondent. | |

The petition for writ of habeas corpus is denied.

IT IS SO ORDERED AND ADJUDGED.

DATED: October 16, 2009

_____
SUSAN ILLSTON
United States District Judge